UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAWN EDWARD WILLIAMS <br><br> Defendant. | Case No.: ED23MJ00022 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western District of Washington for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

///

1

1      ( )    other:
2             insufficient bail resources, history of substance abuse, prior failures to
3             appear and warrants
4  B. (X)  The defendant has not met his/her burden of establishing by clear and
5             convincing evidence that he/she is not likely to pose a danger to the
6             safety of any other person or the community if released under 18 U.S.C.
7             § 3142(b) or (c).  This finding is based on the following:
8             (X)    information in the Pretrial Services Report and Recommendation
9             (X)    information in the violation petition and report(s)
10           (X)    the defendant's nonobjection to detention at this time
11           ( )    other:

13 IT THEREFORE IS ORDERED that the defendant be detained pending the further
14 revocation proceedings.

16 Dated: January 20, 2023

_____
KENLY KIYA KATO
United States Magistrate Judge

2